UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PATRICIA LEE, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:08CV360 JCH |
| ) | |
| OATS, INC., et al., ) | |
| ) | |
| Defendant(s). ) | |

**ORDER**

This matter is before the Court upon the parties' Joint Motion to Extend Deadlines in Case Management Order and Continue Trial Setting, filed March 31, 2009. (Doc. No. 14). Upon consideration, the Court will grant the motion in part.

Accordingly,

**IT IS HEREBY ORDERED** that the parties' Joint Motion to Extend Deadlines in Case Management Order and Continue Trial Setting (Doc. No. 14) is **GRANTED** in part, and the Case Management Order in this matter is altered as follows:

1. The parties shall complete <u>all</u> discovery in this case no later than **July 13, 2009**.

2. The reference to alternative dispute resolution in this matter shall terminate on **June 15, 2009**.

3. Any motions to dismiss, motions for summary judgment, motions for judgment on the pleadings or, if applicable, motions to exclude testimony pursuant to <u>Daubert v. Merrell Dow Pharmaceuticals, Inc.</u>, 509 U.S. 579 (1993) or <u>Kuhmo Tire Co. Ltd. v. Carmichael</u>, 526 U.S. 137 (1999), must be filed no later than **August 10, 2009**. Any response shall be filed no later than **September 9, 2009**. Any reply shall be filed no later than **September 21, 2009**. In the event dispositive motions are filed prior to the above specified date, the opposing party shall file a response twenty (20) days after the filing of the dispositive motion. A reply may be filed ten (10) days after the filing

of the response. Briefing of such motions shall be governed by E.D.Mo. L.R. 4.01.

4. This action is set for a **JURY** trial on **November 2, 2009**, at **9 a.m.**

All other provisions of the April 3, 2006, Case Management Order remain in effect.

Dated this 2nd day of April, 2009.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE